CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7177
 FAX: (415) 436-7234
 molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANANTHARAJ THALAIMALAI VANARAJ,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al*.,<br><br>Defendants. | Case No. 5:26-cv-01089 EJD<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER** |

On April 3, 2026, the Court granted the parties first stipulation to extension of time for Defendants' response to Plaintiff's complaint. Dkt. No. 7. Plaintiff and Defendants respectfully request the Court to grant a one-week extension of time for Defendants' response and set a due date for April 28, 2026. The parties make this request because the parties need additional time to discuss how to further proceed with this action. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants file their motion for summary judgment within 30 days of filing an Answer to the Complaint.

///

///

Stipulation to Extend
Case No. 5:26-cv-01089-EJD                    1

Dated: April 21, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney


*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants


Dated: April 21, 2026

*/s/ Anantharaj Thalaimalai Vanaraj*
ANANTHARAJ THALAIMALAI VANARAJ
*Pro Se*


## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date:   April 22, 2026

EDWARD J. DAVILA
United States District Judge


[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 5:26-cv-01089-EJD          2