UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANANTHARAJ THALAIMALAI VANARAJ,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, et al.,<br><br>Defendants. | Case No.   5:26-cv-01089-EJD<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND PURSUANT TO PARTIES' STIPULATION**<br><br>Re: ECF No. 10 |

Before the Court is the parties' third stipulation to extend time for Defendants to file a response to Plaintiff's complaint.  ECF No. 10.  The complaint was filed and served on February 4, 2026.  ECF Nos. 1, 4.  Consistent with this Court's Scheduling Order for Immigration Mandamus Cases, Defendants' answer was originally to be filed no later than April 6, 2026.  ECF No. 2.  On April 3, 2026, this Court granted the parties' first stipulation to extend time for Defendants' response until April 21, 2026.  ECF No. 7.  On April 21, 2026, the parties filed a second stipulation seeking to extend Defendants' time to file a response to the complaint until April 28, 2026.  ECF No. 8.  The Court granted the extension.  ECF No. 9.  Now, the parties stipulate to a third extension of time to allow Defendants' counsel additional time to prepare and finalize Defendants' response.  ECF No. 10.  The parties request that the Court grant a two-week extension of time, such that Defendants' response be filed no later than May 12, 2026.  *Id.*  The parties also stipulate that Defendants will file their motion for summary judgment within 30 days of filing an answer to the complaint.  *Id.*

Pursuant to the parties' third stipulation to extend time, Defendants must file their response by May 12, 2026.  Defendants are to file their motion for summary judgment within 30 days of

Case No. 5:26-cv-01089-EJD
ORDER GRANTING STIP. TO EXTEND TIME
1

filing their answer.

**IT IS SO ORDERED.**

Dated: April 29, 2026

_____
EDWARD J. DAVILA
United States District Judge

Case No. 5:26-cv-01089-EJD
ORDER GRANTING STIP. TO EXTEND TIME
2